# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| Darek Lathan, et al. | ) | CASE NO. 3:21-cv-00042 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | JUDGE SOLOMON OLIVER, JR |
| v. | ) | |
| | ) | |
| Alex Rutter, et al. | ) | **NOTICE OF NO REPLY BRIEF** |
| | ) | |
| Defendants. | ) | |

NOW COMES the United States of America, by and through Bridget M. Brennan, Acting United States Attorney for the Northern District of Ohio, and Guillermo J. Rojas, Assistant United States Attorney, and respectfully gives notice that the United States will rely on its original Motion to Dismiss, (Doc. 12), and not file a reply brief to Plaintiff Darek Lathan's "Motion to Dismiss Defendant's Motion to Dismiss," (Doc. 13), which the United States interprets as Plaintiff Lathan's opposition to the Defendants' motions to dismiss, (Doc.'s 11, 12).

Respectfully submitted,

BRIDGET M. BRENNAN
ACTING UNITED STATES ATTORNEY

*s/ Guillermo J. Rojas*
Guillermo J. Rojas (Ohio Reg. No. 0069882)
Assistant United States Attorney
Four Seagate, Suite 308
Toledo, Ohio 43604-2624
419-259-6376 (PH); 419-259-6360 (FAX)
Guillermo.Rojas@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on this April 2, 2021, or the next business day a copy of the foregoing *Notice of No Reply Brief* was mailed individually to the addresses below via regular U.S. mail or FedEx, to:

| | |
|---|---|
| Darek Lathan (65419-060),<br>FCI Milan<br>Federal Correctional Institution<br>P.O. Box 1000<br>Milan, MI   48160 | Bryan Mays,<br>Cecil Wilson,<br>Kelley Lee,<br>Grant Black,<br>Richard Stewart,<br>Anthony Robinson,<br>Tyrone Hoskins,<br>Jayson Hill, and<br>Larry Singleton<br>3151 County Rd. 24-25<br>Stryker, OH 43557 |

                                            *s/ Guillermo J. Rojas*
                                            Guillermo J. Rojas (0069882)
                                            Assistant United States Attorney